

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-24-2015

# Phillip Fantone v. Fred Latini

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Phillip Fantone v. Fred Latini" (2015). *2015 Decisions*. Paper 282.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/282

This March is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3611
_____

PHILLIP LEE FANTONE,
Appellant

v.

FRED LATINI, JOE BURGER, and RON MACKEY
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civ. No. 2-12-cv-01691)
Honorable Cynthia R. Eddy, Magistrate Judge
_____

BEFORE: VANASKIE, GREENBERG, and
COWEN, Circuit Judges

**ORDER AMENDING OPINION**


The opinion filed February 18, 2015 is hereby amended as follows:

The sentence starting at the bottom of page 18 and continuing to the top of page 19 is

amended to read as follows:

> The Supreme Court explained in <u>Haines</u> that a <u>pro</u> <u>se</u> complaint, "however
> inartfully pleaded," must be held to "less stringent standards than formal
> pleadings drafted by lawyers," <u>id</u>. at 520-21, 92 S.Ct. at 596, but we
> nonetheless review the pleading to ensure that it has "sufficient factual
> matter, accepted as true, to state a claim to relief that is plausible on its
> face." <u>Ashcroft v Iqbal</u>, 556 U.S. 662, 678, 129 S.Ct. 1937, 1949 (2009).

Following this sentence the first letter in the first word of the citation. i.e. see, to <u>Erickson</u>

<u>v. Pardus</u> shall be capitalized.

This amendment does not alter the prior disposition of the Court and the judgment entered on February 18, 2015 shall not be amended.

By the Court,

<u>s/ Morton I. Greenberg</u>
Circuit Judge

Dated:      March 24, 2015
SLC/cc:    Tarah E. Ackerman, Esq.
              Thomas S. Jones, Esq.
              Peter D. Laun, Esq.
              Kemal A. Mericli, Esq.